UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NORTHWEST AIRLINES, INC.,

Plaintiff,

vs.

PRESTIGE TRAVEL GROUP, INC.,

Defendant.

Case Number: 00-CV-461 JRT/FLN

**ORDER FOR EXTENSION OF TIME IN WHICH DEFENDANT MAY ANSWER PLAINTIFF'S COMPLAINT**

The above-entitled matter came on before the undersigned United States Magistrate Judge on the stipulation of the parties extending the time in which Prestige Travel Group, Inc. may answer plaintiff's Complaint to and including April 3, 2000.

BASED ON THIS STIPULATION, IT IS HEREBY ORDERED the time in which Prestige Travel Group, Inc. may answer plaintiff's Complaint is extended to and including April 3, 2000.

Dated: March 31, 2000

Franklin L. Noel
Magistrate Judge Franklin L. Noel

Exhibit A

FILED MAR 3 1 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______