Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

NORTHWEST AIRLINES, INC.,

Plaintiff,

vs.

PRESTIGE TRAVEL GROUP, INC.,

Defendant.

Case Number: 00-CV-461 JRT/FLN

**ORDER FOR DEPOSIT REGISTRAR CERTIFICATE INTO THE REGISTRY OF THE COURT**

The above-entitled matter came on before the undersigned United States Magistrate Judge on the stipulation of the parties to deposit the original Registrar Certificate, which tenders control over the domain name registration and use of FLYNORTHWESTAIRLINES.COM, into the Registry of the Court.

BASED ON THIS STIPULATION, IT IS HEREBY ORDERED that the original Registrar Certificate for the domain name FLYNORTHWESTAIRLINES.COM is deposited into the Registry of the Court.

Dated: May 31

Chief Magistrate Judge Franklin L. Noel

FILED JUN 02 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK