**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

NORTHWEST AIRLINES,

Plaintiff,

v.

PRESTINE TRAVEL GROUP, INC.,

Defendant.

Civil 00-461 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Perry M. Wilson and Joshua J. Burke, DORSEY & WHITNEY, Pillsbury Center, 220 South Sixth Street, Minneapolis, MN 55402, for plaintiff.

Leon R. Erstad, ERSTAD & RIEMER, 3800 West 80th Street, Ste 1000, Minneapolis, MN 55431-4409, for defendant.

The Court having been advised that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: September 5, 2000
at Minneapolis, Minnesota

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED SEP 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK