IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| NORTHWEST AIRLINES, INC., Plaintiff, vs. PRESTIGE TRAVEL GROUP, Defendant. | Case No. 00-CV-461<br>Judge Tunheim |

**STIPULATION OF DISMISSAL AND PROPOSED ORDER**

The parties, through their undersigned attorneys, hereby stipulate and agree that the above-captioned civil action should be dismissed without prejudice, with each party bearing its own costs and attorneys' fees. The parties, through their attorneys, request that the Court enter an order transferring the domain name "flynorthwestairlines.com" to Plaintiff and dismissing this action without prejudice and that the Order be entered and filed without further notice to the parties. The parties also request that the Court retain jurisdiction over this case and the parties for the purpose of ensuring that the "flynorthwestairlines.com" domain name is transferred to Plaintiff.

ERSTAD & RIEMER, P.A.

By ______________________

James R. Andreen (#173474)
1000 Northland Plaza
3800 West 80th Street
Minneapolis, Minnesota 55431
(952) 837-3249
Attorney for Defendant

Date: 10/4/00

DORSEY & WHITNEY LLP

By ______________________

Joshua J. Burke (#257011)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-5642
Attorney for Plaintiff

Date: 10/17/00

FILED OCT 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

ORDER

Based upon the stipulation of the parties, it is hereby ordered that the domain name "flynorthwestairlines.com" shall be transferred to Plaintiff Northwest Airlines, Inc., and the above-captioned civil action shall be dismissed without prejudice, without costs or disbursements to either party, and that this Order shall be filed and entered, and judgment entered thereon without further notice. The Court shall retain jurisdiction over this case and the parties for the purpose of ensuring that the "flynorthwestairlines.com" domain name is transferred to Plaintiff.

Dated: October 18, 2000

United States District Judge

LET JUDGMENT BE ENTERED ACCORDINGLY.